Printed: 02/24/11 09:22 AM

# Claims Distribution Small Checks

**Trustee: DOUGLAS J. WOLINSKY (650015)**

**Case: 08-10845-REL - OWENS, JEFFREY S**

| Account No. | Check No. | Issued / Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 92000208954166 | 110 | 02/24/11 | Payee: | | United States Bankruptcy Court | | | Check Amount: | $6.13 |
| | | 6 | 06/15/09 | 610 | FINGERHUT DIRECT MARKETING, INC.<br>CIT BANK<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | 141.22 | 141.22 | 2.32 | 2.32 |
| | | 8 | 07/27/09 | 610 | GE MONEY BANK<br>DBA JCPENNEY CREDIT SERVICES,CARE OF<br>RECOVERY MANAGEMENT SYSTEMS CORP,25 SE 2<br>MIAMI, FL 33131 | 232.27 | 232.27 | 3.81 | 3.81 |

(*) Denotes objection to Amount Filed

REC'D NOT FILED

2011 FEB 28 PM 2:55
CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY

REC'D & FILED
2011 FEB 28 PM 2:55
CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY

FILED
2011 FEB 28 PM 2:55
CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY

$6.13 rec. 2/28/11

2/28/11