Printed: 02/24/11 09:22 AM

Page: 1

# Claims Distribution Small Checks

**Trustee:** DOUGLAS J. WOLINSKY (650015)

**Case:** 08-10845-REL - OWENS, JEFFREY S

| Account No. | Check No. | Issued | Claim No. | Filed | Payee / Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920002089541665 | 110 | 02/24/11 | | | Payee: United States Bankruptcy Court | | | | | $6.13 |
| | | | 6 | 06/15/09 | 610 | FINGERHUT DIRECT MARKETING, INC. CIT BANK 6250 RIDGEWOOD ROAD SAINT CLOUD, MN 56303 | 141.22 | 141.22 | 2.32 | 2.32 |
| | | | 8 | 07/27/09 | 610 | GE MONEY BANK DBA JCPENNEY CREDIT SERVICES, CARE OF RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2 MIAMI, FL 33131 | 232.27 | 232.27 | 3.81 | 3.81 |

Check Amount: $6.13

2011 FEB 28 PM 2:55
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

REC'D & FILED
2011 FEB 28 PM 2:55
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

(*) Denotes objection to Amount Filed