# PRIMMER PIPER EGGLESTON & CRAMER PC
*Attorneys at Law*

**DOUGLAS J. WOLINSKY**
dwolinsky@ppeclaw.com
TEL: (802) 864-0880
FAX: (802) 864-0328

150 SOUTH CHAMPLAIN STREET  P.O. BOX 1489  BURLINGTON, VT 05402

July 25, 2011

Kim Lefebvre
Court Unit Executive
United States Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY  12207

Re:   Jeffrey Owens – Case No. 08-10845

Dear Mr. Lefebvre:

Enclosed with this letter is a check made payable to the United States Bankruptcy Court in the amount of $11.06, which represents unclaimed funds, as follows:

| Claim No. | Check No. | Amount | Claimant address |
|---|---|---|---|
| 9 | 109 | $11.06 | Verizon Wireless North<br>PO Box 3397<br>Bloomington, IL  61702 |

Please note that these funds are being returned to you pursuant to Section 347(a) of the United States Bankruptcy Code. Thank you for your assistance.

Sincerely yours,

Douglas J. Wolinsky

DJW:ajl

E00980-07850\Doc #5

**RECEIVED & FILED**
JUL 27 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

BURLINGTON, Vermont  •  MONTPELIER, Vermont  •  ST. JOHNSBURY, Vermont  •  LITTLETON, New Hampshire
www.ppeclaw.com